PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING ARRAIGNMENT; ORDER |
| v. | |
| ROBERTO CAVAZOS, | DATE: November 30, 2021 |
| | TIME: 2:00 p.m. |
| Defendants. | COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously set for arraignment and plea on the superseding indictment on November 30, 2021.

2. By this stipulation, the above-named defendant agrees to continue the arraignment and plea to December 14, 2021 at 2 p.m.

3. The continuance is requested by counsel for the defendant following an adverse reaction to the COVID-19 booster.

4. A status conference is currently set on January 19, 2022 and time has been excluded through that date.

STIPULATION                                              1

IT IS SO STIPULATED.

Dated:  November 29, 2021              PHILLIP A. TALBERT
                                       Acting United States Attorney


                                       /s/ KAREN A. ESCOBAR
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney


Dated:  November 29, 2021              /s/ CARRIE C. MCCREARY
                                       CARRIE C. MCCREARY
                                       Counsel for Defendant
                                       ROBERTO CAVAZOS


**ORDER**

IT IS SO ORDERED.

Dated:  **November 29, 2021**

                                       UNITED STATES MAGISTRATE JUDGE