1 PHILLIP A. TALBERT
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,  CASE NO. 1:20-CR-00240-JLT-SKO

12 | Plaintiff,  STIPULATION REGARDING SENTENCING; ORDER

13 | v.

14 | ROBERTO CAVAZOS,  DATE: March 18, 2022
TIME: 9:30 a.m.
15 | COURT: Hon. Jennifer L. Thurston
Defendants.
16

17

18   Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20   1. This matter was previously set for sentencing on March 18, 2022.

21   2. By this stipulation, the above-named defendant agrees to continue the sentencing to April

22 22, 2022 at 9:00 a.m.

23   3. The continuance is requested by counsel for the defendant due to a re-scheduling of the

24 defendant's interview with the probation officer and the displacement of defense counsel due to a

25 flooding issue.

26   4. The probation officer agrees to the April 22, 2022 hearing date.

27 ///

28

STIPULATION                              1

     IT IS SO STIPULATED.

Dated: February 16, 2022　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: February 16, 2022　　　　　　　　　/s/ CARRIE C. MCCREARY
　　　　　　　　　　　　　　　　　　　　　CARRIE C. MCCREARY
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　ROBERTO CAVAZOS

## FINDINGS AND ORDER

     IT IS SO FOUND.

IT IS SO ORDERED.

   Dated: __**February 17, 2022**__　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE