HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
First Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00240-JLT |
| Plaintiff, | **STIPULATION RE SCHEDULE;** |
| | **[~~PROPOSED~~] ORDER THEREON** |
| vs. | |
| ROBERTO CAVAZOS, | |
| Defendant. | |

In response to this Court's Minute Order of June 5, 2024, the Office of the Federal Defender gave notice on July 3, 2024 that within two weeks the parties would either file a stipulation for a reduced sentence or CJA counsel would be assigned to represent Mr. Cavazos with respect to a motion for a reduced sentence under 18 U.S.C. § 3582(c)(2) and said counsel would file a briefing schedule with the government for the motion.  Docket No. 314.

The government has notified the undersigned that it needs an additional week to determine its position regarding the requested sentence reduction.  Accordingly, the parties stipulate and request that the Court set the following briefing schedule, which will provide the government additional time to review this case and, if necessary, time for the appointment of CJA panel counsel and resolution of the motion well in advance of Mr. Cavazos' projected release date, which is currently November 13, 2031:

1   If no stipulation has been filed,

2        Any supplemental defense brief is due on or before October 1, 2024;

3        The government's response is due by October 29, 2024; and

4        Any reply is due by November 12, 2024.

5                                          PHILLIP A. TALBERT
                                           United States Attorney
6

7   DATED: July 17, 2024                By */s/ Shelley D. Weger*_____
                                           *SHELLEY D. WEGER*
8                                          Assistant United States Attorney
                                           Attorney for Plaintiff
9

10                                         HEATHER E. WILLIAMS
                                           Federal Defender
11

12  DATED:  July 17, 2024               By */s/ Peggy Sasso*_____
                                           *PEGGY SASSO*
13                                         First Assistant Federal Defender
                                           Attorney for Defendant
14                                         ROBERTO CAVAZOS

15
                                    **ORDER**
16

17  IT IS SO ORDERED.

18      Dated:  **July 17, 2024**                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28
    Roberto Cavazos: Stipulation re Schedule              -2-